Radimer A. Kruchefski, appellee, v. August T. Kehl, appellant. Gen. No. 25,831.

Tort action of the fourth class for the wrongful seizure of possession of a store and stock purchased by plaintiff from defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch

Appellate Court at the March term, 1920. Reversed with finding of fact. Opinion filed October 5, 1921.

Robbins & Graham and Peden, Kahn & Murphy, for appellant; R. C. Merrick, of counsel. Frank Foster, for appellee; William T. Dickerman, of counsel.

Mr. Justice Thomson delivered the opinion of the court.